**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6463**

─────────────

JOHN MAURICE MCNEIL,

                              Petitioner - Appellant,

        versus

MARK A. HENRY, Warden,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-98-721-JFM)

─────────────

Submitted:  August 13, 1998        Decided:  September 3, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John Maurice McNeil, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McNeil v. Henry, No. CA-98-721-JFM (D. Md. Mar. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED